# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DAKOTA SIMCO-HORVATH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. CIV-21-514-G |
| | ) |
| **STEVEN BLAKE BREWER et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## **ORDER**

Now before the Court are the Motions to Dismiss (Doc. Nos. 14, 15, 16) filed June 10, 2021 and June 24, 2021, by various parties. The Motions seek dismissal of Plaintiff's original Complaint (Doc. No. 1).

On July 2, 2021, the parties filed a Joint Stipulation of Dismissal Without Prejudice (Doc. No. 17) that dismissed Plaintiff's claims against Defendant Board of Trustees for the Oklahoma County Criminal Justice Authority, rendering moot that party's Motion to Dismiss (Doc. No. 14).

On July 15, 2021, Plaintiff filed an Amended Complaint (Doc. No. 18). Plaintiff's Amended Complaint supersedes the Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, these Motions to Dismiss (Doc. Nos. 14, 15, 16) are DENIED AS MOOT.

IT IS SO ORDERED this 30th day of March, 2022.

*[signature]*
CHARLES B. GOODWIN
United States District Judge