UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAKOTA SIMCO-HORVATH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-21-514-G |
| | ) |
| STEVEN BLAKE BREWER et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

On March 30, 2022, the Court ordered that this action be stayed, noting an ongoing related criminal proceeding in the District Court of Oklahoma County, Oklahoma. *See* Order of Mar. 30, 2022 (Doc. No. 35) (citing *State v. Brewer*, No. CM-2020-3271 (Okla. Cnty. Dist. Ct.)).

Defendant Steven Blake Brewer has now notified the Court that the state-court criminal proceeding has been dismissed. *See* Notice (Doc. No. 39).

Accordingly, the Court LIFTS AND VACATES the stay previously imposed. The pending stay-related motions (Doc. Nos. 37, 38) are DENIED AS MOOT. Defendant Brewer shall answer or otherwise respond to the Amended Complaint within 14 days of the date of issuance of this Order.

IT IS SO ORDERED this 4th day of October, 2023.

*/s/ Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge